EILEEN M. DECKER
United States Attorney
SANDRA R. BROWN
Assistant United States Attorney
Chief, Tax Division
ANDREW T. PRIBE (CA SBN 254904)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-6551
    Facsimile: (213) 894-0115
    E-mail: andrew.t.pribe@usdoj.gov
CHRISTIAN MEJIA (NJ SBN 129362015)
Trial Attorney
    U.S. Department of Justice
    P.O. Box 683
    Washington, D.C. 20044
    Telephone: (202) 305-7548
    Facsimile: (202) 307-0054
    Email: Christian.Mejia@usdoj.gov
*Attorneys for the United States of America*

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> RATHANA UNG, <br><br> Defendant. | Case No.: 15-cv-01423-DOC-JCG <br><br> FINAL ORDER AND JUDGMENT |

The United States of America has filed a Complaint for a Permanent Injunction and Other Relief against Rathana Ung ("Ung").  The Court has jurisdiction over this action pursuant to 26 U.S.C. §§ 7402(a) and 7407, and 28 U.S.C. §§ 1340 and 1345. Ung admits the allegations of the Complaint, consents to entry of a Final Order and Judgment of permanent injunction without further notice, waives the entry of findings of fact and conclusions of law, and waives any right she may have to appeal.

NOW, THEREFORE, in accordance with the parties' stipulation, it is ORDERED, ADJUDGED, and DECREED that:

1. Rathana Ung is permanently enjoined from directly or indirectly:
    a. Acting as a federal tax return preparer or requesting the preparation or filing of federal tax returns for any person or entity other than herself or her lawful spouse;
    b. Assisting in the preparation or filing of federal tax returns for any person or entity other than herself or her lawful spouse;
    c. Directing the preparation or filing of federal tax returns for any person or entity other than herself or her lawful spouse;
    d. Representing, or appearing on behalf of, any person or entity before the Internal Revenue Service;

    e. Preparing, filing, or assisting in preparing or filing tax returns or other related forms or documents, for anyone other than herself or her lawful spouse;

    f. Instructing, advising, or assisting others in the violation of the tax laws, including the evasion of payment of taxes;

    g. Engaging in activity subject to penalty under I.R.C. § 6694, such as preparing federal income tax returns that understate tax liabilities;

    h. Engaging in activity subject to penalty under I.R.C. § 6701, such as aiding, assisting in, procuring, or advising with respect to the preparation of any portion of a return, affidavit, claim or other document, when Ung knows or has reason to believe that portion will be used in connection with a material matter arising under the federal tax law, and Ung knows that the relevant portion will result in the material understatement of the liability for the tax of another person; and

    i. Engaging in any other conduct that interferes with the proper administration and enforcement of the internal revenue laws.

2. Ung shall contact by mail (and also by e-mail, if an e-mail address is known) those persons who have previously paid or otherwise retained her to prepare their income tax returns for tax years 2011 and/or 2012; inform those persons of her consent to this Final Order and Judgment and attach a copy of this permanent injunction; and file with the

3

Court, within 30 days after the date the permanent injunction is entered, a certification signed under penalty of perjury stating that she has done so. The mailings shall include a cover letter in a form either agreed to by counsel for the United States or approved by the Court, and shall not include any documents or enclosures other than the injunction;

    3. Ung is prohibited from owning, controlling, or managing any business involving tax return preparation and/or the provision of tax advice, or maintaining a professional presence in any premises, whether an office, place of business, dwelling, or other abode, where tax returns are being prepared for a fee or professional tax services are being provided;

    4. The United States is permitted to engage in post-judgment discovery to ensure compliance with this permanent injunction; and

    5. This Court shall retain jurisdiction over this action for purposes of implementing and enforcing this permanent injunction.

**IT IS SO ORDERED.**

Dated: September 8, 2015

                                                */s/ David O. Carter*
                                                DAVID O. CARTER
                                                UNITED STATES DISTRICT JUDGE